UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORKFORCE DEFENSE LEAGUE,<br><br>             Plaintiff,<br><br>   v.<br><br>CLAYCO, INC., and UNITED<br>CONTRACTOR SERVICES, LLC,<br><br>             Defendants. | Case No. 2:22-CV-00502 JAM DB<br><br><br><br><br><br>**RELATED CASE ORDER** |
| WORKFORCE DEFENSE LEAGUE,<br><br>             Plaintiff,<br><br>   v.<br><br>CLAYCO, INC., and UNITED<br>CONTRACTOR SERVICES, LLC,<br><br>             Defendants. | Case No. 2:22-CV-00503 MCE DB |

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005).  Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation

of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:22-CV-00503 MCE DB be reassigned to Judge John A. Mendez and Magistrate Judge Deborah Barnes for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:22-CV-00503 JAM DB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: March 21, 2022          /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE