Michael J. Nader SBN 200425
michael.nader@ogletree.com
Daniel E. Richardson SBN 289327
daniel.richardson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
500 Capitol Mall
Suite 2500
Sacramento, CA  95814
Telephone:    916-840-3150
Facsimile:     916-840-3159

Attorneys for CLAYCO, INC., and UNITED CONTRACTOR SERVICES LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORKFORCE DEFENSE LEAGUE,<br><br>Plaintiff,<br><br>v.<br><br>CLAYCO, INC., and UNITED CONTRACTOR SERVICES LLC<br><br>Defendants. | Case No. 2:22-CV-00502-JAM DB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT; ORDER**<br><br>**(**Sacramento County Superior Court Case No. 34-2022-00314822)<br><br>Complaint Filed:  January 31, 2022<br>Trial Date:          None Set |

Pursuant to Civil Local Rules 143(a)(1) and 144(a), the parties, Plaintiff Workforce Defense League ("Plaintiff") and Defendants Clayco, Inc. and United Contractor Services LLC  (collectively, "Defendants") by and through their respective counsel of record, hereby stipulate to jointly request the Court to extend the time for Defendants to respond to Plaintiff's Second Amended Complaint to September 30, 2022.  The parties state as follows:

1. On or about January 31, 2022, Plaintiff filed an unverified Complaint in the Superior Court of the State of California, County of Sacramento, captioned *Workforce Defense League v Clayco, Inc. and United Contractor Services LLC*, which was assigned case number 34-2022-00314822.

/ / /

2. On or about February 22, 2022, Plaintiff served the Summons and Complaint on

Defendant's registered agent.

3. Defendants removed Plaintiff's Complaint to the United States District Court for the Eastern District of California on March 17, 2022. (ECF No. 1.)

4. On March 23, 2022, the parties filed a stipulation in which Defendants consented to Plaintiff to filing a first amended complaint pursuant to Federal Rule of Civil Procedure 81(c). (ECF No. 7.) Plaintiff filed its First Amended Complaint ("FAC") on April 13, 2022. (ECF. No. 9).

5. On April 27, 2022, Defendants filed a motion to dismiss or, in the alternative, strike allegations from Plaintiff's FAC. (ECF No. 10.)

6. On August 22, 2022, this Court issued an order granting Defendants' motion to dismiss with leave to amend. (ECF. No. 19.) Plaintiff filed its Second Amended Complaint ("SAC") on September 2, 2022. (ECF. No. 20.)

7. On September 16, 2022, counsel for the parties met and conferred by phone to discuss Defendants' planned motion to dismiss or strike Plaintiff's SAC, and an extension of time for Defendants' to respond to the SAC.

8. Pursuant to Local Rule 144(a), the parties have agreed to request the Court to extend the deadline for Defendants to respond to Plaintiff's SAC from September 22, 2022, to September 30, 2022.

NOW, THEREFORE, the Parties hereby stipulate and request the Court to extend the deadline for Defendants to respond to Plaintiff's SAC from September 22, 2022 to September 30, 2022.

**IT IS SO STIPULATED**.

DATED: September 20, 2022                    WEINBERG, ROGER & ROSENFELD

By:  /s/ Andrea Matsuoka
     Matthew J. Gauger
     Ezekiel D. Carder
     Andrea Matsuoka
     Attorneys for Plaintiff WORKFORCE
     DEFENSE LEAGUE

DATED: September 20, 2022                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ *Daniel E. Richardson*
    Michael J. Nader
    Daniel E. Richardson
    Attorneys for CLAYCO, INC., and UNITED CONTRACTOR SERVICES LLC

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individuals whose electronic signature is attributed above.

DATED: September 20, 2022                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ *Daniel E. Richardson*
    Michael J. Nader
    Daniel E. Richardson
    Attorneys for CLAYCO, INC., and UNITED CONTRACTOR SERVICES LLC

## ORDER

Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby orders the deadline for Defendants to respond to Plaintiff's Second Amended Complaint from September 22, 2022 to September 30, 2022.

**IT IS SO ORDERED**.

DATED: September 20, 2022                    /s/ John A. Mendez
    THE HONORABLE JOHN A. MENDEZ
    SENIOR UNITED STATES DISTRICT JUDGE